AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>FRANKLIN FREDDY MEAVE VAZQUEZ<br><br>Defendant(s) | )<br>)<br>) Case No. 18-5120-JGD<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of September 23, 2018 upon the high seas, outside the jurisdiction of any particular state or district of the United States, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 1111 | Within the special maritime and territorial jurisdiction of the United States, committed the unlawful killing of J.S. with malice aforethought. |
| 18 USC 1113 | Within the special maritime and territorial jurisdiction of the United States, attempted to commit the unlawful killing of R.H. with malice aforethought. |

This criminal complaint is based on these facts:

See attached affidavit of Special Agent Brian Parkerson, U.S. Coast Guard, Coast Guard Investigative Service

☑ Continued on the attached sheet.

_____
Complainant's signature

Brian C. Parkerson, Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: 09/24/2018

_____
Judge's signature

City and state: Boston, MA

U.S. Magistrate Judge Judith G. Dein
Printed name and title