No. 18-5120-JGD

# AFFIDAVIT OF SPECIAL AGENT BRIAN PARKERSON IN SUPPORT OF APPLICATION FOR A CRIMINAL COMPLAINT

I, Brian Parkerson, having been duly sworn, do hereby depose and state as follows:

**Agent Background**

1. I am a Special Agent with the United States Coast Guard, Coast Guard Investigative Service ("CGIS"). I have been a Special Agent with CGIS for approximately 12 years and I am currently assigned to CGIS New England Region, Boston, Massachusetts. I am a graduate of the Federal Law Enforcement Training Center, Criminal Investigator Training Program and numerous other training programs related to criminal investigations. Prior to becoming a Special Agent, I was a qualified United States Coast Guard ("USCG") Boarding Officer for approximately 11 years assigned to the USCG Station Point Judith, RI, USCG Tactical Law Enforcement Team North, Portsmouth, VA, and USCG Station Eatons Neck, New York. During these tours of duty I logged hundreds of maritime law enforcement boardings, including boardings of commercial fishing vessels. As a Special Agent with CGIS, I have participated in numerous criminal investigations of individuals suspected of violating federal statutes and regulations.

2. I submit this affidavit in support of an application for a criminal complaint charging FRANKLIN FREDDY MEAVE VAZQUEZ ("VAZQUEZ") with one count of Murder Within the Special Maritime and Territorial Jurisdiction of the United States, in violation of 18 U.S.C. § 1111, and one count of Attempted Murder Within the Special Maritime and Territorial Jurisdiction of the United States, in violation of 18 U.S.C. § 1113.

3. This affidavit is based on my personal knowledge and information provided to me by other law enforcement officers and federal agents. This affidavit is not intended to set forth all

of the information that I have learned during this investigation, but includes only the information necessary to establish probable cause for the requested complaint.

### VAZQUEZ Background

4. I have been informed by Homeland Security Investigations that VAZQUEZ is a citizen and national of Mexico who is not lawfully in the United States. On March 9, 2018, VAZQUEZ was arrested by police in Newport News, Virginia for Abduction by Force, Intimidation, or Deception. He was released on bond. On April 2, 2018, he was placed in immigration proceedings. He was released from U.S. Immigration and Customs Enforcement ("ICE") custody on April 23, 2018.

### Probable Cause

5. On September 23, 2018, on the high seas approximately 55 miles off the coast of Massachusetts, the fishing vessel Captain Billy Haver was sailing with seven crew members aboard.

6. One of the crew members, R.H., has stated the following. At some point in the afternoon, R.H. heard yelling from the deck. He ran around a corner and received three strikes to the back of his head. R.H. fell on the deck. He saw that he was covered in blood. He looked up and saw VAZQUEZ with a hammer in one hand and a knife in the other hand. VAZQUEZ looked at R.H. and said, "Just stay there."

7. R.H. looked over and saw another crewmember, J.S., lying on the deck a few feet away. J.S. had blood coming out of his mouth.

8. R.H. heard other crewmembers down below in the ice hold. One crewmember, J.Z., emerged from the hold. R.H. saw VAZQUEZ hit J.Z. with a hammer.

9. According to the captain of the vessel, VAZQUEZ climbed up the mast as other crewmembers tried to capture VAZQUEZ, holding a hammer and a knife as he did so. VAZQUEZ

then threw the knife onto the deck.

10. According to the USCG Command Center, the captain of the vessel called the Coast Guard on channel 16, the international calling and distress channel, at approximately 2:30 pm.

11. The German cruise ship Mein Schiff 6, which was near the vessel's location, heard the distress call. It redirected and came alongside the Captain Billy Haver. J.S. and R.H. were taken aboard the cruise ship. J.S. had a visible wound to the head and stab wounds to the torso. The cruise ship's doctor pronounced J.S. dead shortly after he was taken aboard.

## Conclusion

12. Based on the foregoing, I have probable cause to believe that, on or about September 23, 2018, FRANKLIN FREDDY MEAVE VAZQUEZ:

   a. Unlawfully killed J.S. with malice aforethought, within the special maritime and territorial jurisdiction of the United States, in violation of 18 U.S.C. § 1111; and

   b. Attempted to unlawfully kill R.H. with malice aforethought, within the special maritime and territorial jurisdiction of the United States, in violation of 18 U.S.C. § 1113.

Sworn to under the pains and penalties of perjury.

_____
BRIAN PARKERSON
Special Agent
United States Coast Guard, Coast Guard Investigative Service

Subscribed and sworn before me on September 24, 2018

_____
JUDITH G. DEIN
United States Magistrate Judge