UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 18-MJ-5120-JGD |
| | ) | |
| FRANKLIN FREDDY MEAVE VAZQUEZ, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

I hereby give notice of my appearance as counsel for the United States of America in this matter.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By:

*/s/ Laura J. Kaplan*
LAURA J. KAPLAN
Assistant U.S. Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston MA 02210

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Laura J. Kaplan*
LAURA J. KAPLAN
Assistant U.S. Attorney

September 26, 2018