AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) |
|---|---|
| v. | ) |
| FRANKLIN FREDDY MEAVE VAZQUEZ | ) Case No. 18-mj-5120-JGD |
| | ) |
| | ) |
| | ) |
| Defendant | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* FRANKLIN FREDDY MEAVE VAZQUEZ

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

1. Murder committed within the special maritime and terriroral jurisdiction of the US, in violation of 18 U.S.C. 1111
2. Atempted murder committed within the special maritime and terriroral jurisdiction of the US, in violation of 18 U.S.C. 1113

Date: 09/24/2018

*Issuing officer's signature*

City and state: Boston, MA

Judith G. Dein, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 9/24/2018, and the person was arrested on *(date)* 9/24/2018
at *(city and state)* Boston, MA

Date: 10/1/2018

*Arresting officer's signature*

Special Agent Barbara J. McCarragher
*Printed name and title*