UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MAGISTRATE NO.
18-5120-JGD

UNITED STATES OF AMERICA

v.

FRANKLIN FREDDY MEAVE VAZQUEZ

**MEMORANDUM AND ORDER OF DETENTION**

September 26, 2018

DEIN, M.J.

The defendant is charged in a criminal complaint with an unlawful killing with malice aforethought, in violation of 18 U.S.C. § 1111, and with attempt to commit an unlawful killing with malice aforethought, in violation of 18 U.S.C. § 1113, both offenses having allegedly been committed within the special maritime and territorial jurisdiction of the United States.   An initial appearance was held on September 26, 2018, at which time the government moved for detention on the grounds of danger to the community and risk of flight. The defendant was represented by counsel.

At the initial appearance the defendant, through counsel, notified the court that the defendant consented to the entry of an order of detention, without prejudice to his right to reopen the issue at a later date.

Accordingly, it is ORDERED that the defendant be DETAINED pending trial, and it is further ORDERED --

(1)     That the defendant be committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2)     That the defendant be afforded a reasonable opportunity for private consultation with counsel; and

(3)     On order of a court of the United States or on request by an attorney for the government, the person in charge of the corrections facility in which the defendant is detained and confined deliver the defendant to an authorized Deputy United States Marshal for the purpose of any appearance in connection with a court proceeding.

This order is without prejudice to the defendant filing a motion at any time seeking a hearing to consider the issue of pre-trial detention, regardless whether there have been changed circumstances.

                                                / s / Judith Gail Dein
                                                Judith Gail Dein
                                                United States Magistrate Judge