AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____MASSACHUSETTS_____

UNITED STATES OF AMERICA
V.

Franklin Freddy Meave Vazquez

**WAIVER OF PRELIMINARY
EXAMINATION OR HEARING
(Rule 5 or 32.1, Fed. R. Crim. P.)**

CASE NUMBER: 18-5120-JGD

I, _____Franklin Freddy Meave Vazquez_____, charged in a ☑ complaint ☐ petition pending in this District with _____

in violation of Title __18__, U.S.C., __1111__,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary ☐ examination ☑ hearing, do hereby waive (give up) my right to a preliminary ☐ examination ☑ hearing.

_____
Defendant

9/27/2018
Date

_____
Counsel for Defendant